DONNA M. RUTTER (SBN 145704)
drutter@cdhklaw.com
GEOFFREY M. HASH (SBN 227223)
ghash@cdhklaw.com
CURIALE DELLAVERSON HIRSCHFELD
  & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
RICOH AMERICAS CORPORATION (erroneously sued as LANIER WORLDWIDE, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA HERRMANN, et al.,, <br><br> Plaintiff, <br><br> vs. <br><br> LANIER WORLDWIDE, INC., a corporation, and DOES 1 through 5, inclusive, <br><br> Defendants. | Case No. CV 08 2135 EDL <br><br> **CERTIFICATE OF REMOVAL** |

Defendant Ricoh Americas Corporation hereby certifies that on the 24th day of April, 2008, this action was removed to this Court, and that on the 25th day of April, 2008, a copy of the Notice of Removal was filed with the Superior Court of the State of California in and for the County of Alameda.

Dated: April 30, 2008

CURIALE DELLAVERSON HIRSCHFELD &
KRAEMER, LLP

By: s/ Geoffrey M. Hash
Donna M. Rutter
Geoffrey M. Hash
Attorneys for Defendant
RICOH AMERICAS CORPORATION (erroneously sued as LANIER WORLDWIDE, INC.)

CERTIFICATE OF REMOVAL
CASE NO. CV 08 2135 EDL

4831-9624-0898