In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: August 5, 2008

Case No: **C- 08-02135 EDL**

Case Name: **LISA HERRMANN v. LANIER WORLDWIDE INC**

    Attorneys:    Pltf: Stephanie A. Doria    Deft: Geoffrey M. Hash

    Deputy Clerk: Lili M. Harrell    FTR digital recording: 10:28am - 10:45am

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Initial Case Management Conference | Held |
| 2. | |

**ORDERED AFTER HEARING:** Case is referred to the Court's ADR Program for ENE.

**Order to be prepared by:** [] Plntf  [] Deft  [X]  Court

**Case continued to:** 12/16/08 at 10:00am for further case management conference.

**PRETRIAL SCHEDULE:**
Last day to add new parties: 8/19/08
Discovery cutoff: 12/1/08
Initial expert disclosure deadline: 1/20/09
Rebuttal expert disclosure deadline: 2/3/09
Expert discovery cutoff: 2/24/09
Dispositive Motion filing deadline:12/16/08
Dispositive Motions hearing date: 1/27/09
Pretrial Conference: 4/7/09
Trial: 4/27/09 at 8:30 a.m., set for 7 days.
    [X] Jury  [ ]  Court

Notes:


cc: ADR