UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA HERRMANN, et al.,

    Plaintiffs,

v.

LANIER WORLDWIDE, INC., et al.,

    Defendants.

No.  C 08-2135 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: Aug 5, 2008

_____
Signature

Counsel for *Plaintiff Lisa Herrmann*
(Name or party or indicate "pro se")

1