# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Herrmann,<br><br>             Plaintiff(s),<br><br>      v.<br><br>Lanier Worldwide, Inc.,<br><br>             Defendant(s). | 08-02135 EDL ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Kent C. Jonas**
> Thelen Reid Brown Raysman & Steiner LLP
> 101 Second Street
> Suite 1800
> San Francisco, CA 94105-3601
> 415-371-1200

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-02135 EDL ENE                                     - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: August 18, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-02135 EDL ENE                         - 2 -