CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER, LLP
JOHN F. BAUM (SBN 148366)
GEOFFREY M. HASH (SBN 227223)
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443
jbaum@cdhklaw.com
ghash@cdhklaw.com

Attorneys for Defendant
RICOH AMERICAS CORPORATION
(erroneously sued as LANIER WORLDWIDE, INC.)

RUKIN HYLAND DORIA & TINDALL LLP
STEPHANIE A. DORIA (SBN 196825)
ANGELA PERONE (SBN 245793)
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
stephaniedoria@rhdtlaw.com
angelaperone@rhdtlaw.com

Attorneys for Plaintiff
LISA HERRMANN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| LISA HERRMANN, | **CASE NO.: C 08-02135 EDL** |
| Plaintiff(s), | **E-FILING CASE** |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE TRIAL DATE AND ALL RELATED PRETRIAL DEADLINES** AS MODIFIED |
| LANIER WORLDWIDE, INC., | |
| Defendant(s). | **Trial Date: April 27, 2009** |

Plaintiff Lisa Herrmann and Defendant Ricoh Americas Corporation (erroneously sued as Lanier Worldwide, Inc.), collectively referred to herein as "the Parties," submit the following Stipulation and Proposed Order for the Court's consideration:

1. **WHEREAS** the Parties have agreed to participate in a private mediation in an attempt to resolve this litigation; and

2. **WHEREAS** the Parties have scheduled a mediation for December 8, 2008 with mediator Jeffrey Ross, Esq., that date being the first date acceptable for the Parties and Mr. Ross in light of various trial calendars and Mr. Ross's availability; and

3. **WHEREAS** the close of non-expert discovery is currently set for December 1, 2008 under the Case Management and Pretrial Order for Jury Trial issued by the Court on August 5, 2008 ("Pre-Trial Order"); and

4. **WHEREAS** the deadline to file and serve dispositive motions is currently set for December 16, 2008 under the Pre-Trial Order; and

5. **WHEREAS** the parties wish to focus their efforts and resources on the successful mediation of this matter without compromising their ability to adequately prepare for trial should this matter not be resolved at mediation (including additional discovery and/or the filing of dispositive motions); and

6. **WHEREAS** the current trial date and resulting pretrial deadlines as stated in the Pre-Trial Order makes it very difficult, if not impossible to achieve this goal as stated above in Paragraph 5:

**NOW THEREFORE**, the Parties hereby agree and stipulate that the trial date and all related pre-trial deadlines be continued by two months as follows:

| Event | Existing Deadline Per The Court's 8/5/08 Order | Proposed and Stipulated Deadline |
|---|---|---|
| **Jury Trial** | April 27, 2009 | June 29, 2009 |
| **Close of Non-Expert Discovery** | December 1, 2008 | February 2, 2009 |
| **Initial Expert Disclosures** | January 20, 2009 | March 20, 2009 |
| **Rebuttal Expert Disclosures** | February 3, 2009 | April 3, 2009 |

| Event | Existing Deadline Per The Court's 8/5/08 Order | Proposed and Stipulated Deadline |
|---|---|---|
| Close of Expert Discovery | February 24, 2009 | April 24, 2009 |
| Last Day to Hear Dispositive Motions | January 20, 2009 at 2:00 p.m. | March 17, 2009 |
| Last Day to File & Serve Dispositive Motions (35) | December 16, 2008 | February 10, 2009 |
| Last Day to File & Serve Any Opposition to Dispositive Motions (21) | December 31, 2008 | February 24, 2009 |
| Last Day to File & Serve Any Reply to Opposition (14) | January 6, 2009 | March 3, 2009 |
| Pretrial Conference | April 7, 2009 at 2:00 p.m. | ~~June 9, 2009~~ May 26, 2009 |

IT IS SO STIPULATED.

DATED:  October 10, 2008          CURIALE DELLAVERSON HIRSCHFELD
                                  & KRAEMER, LLP


                                  By:  /S/ Geoffrey M. Hash
                                       GEOFFREY M. HASH
                                       Attorneys for Defendant
                                       RICOH AMERICAS CORPORATION
                                       (erroneously sued as LANIER WORLDWIDE, INC.)

///

///

///

///

///

///

///

3

| | | |
|---|---|---|
| 1 | DATED: October 10, 2008 | RUKIN HYLAND DORIA & TINDALL LLP |

By: _____
STEPHANIE A. DORIA
Attorneys for Plaintiff
LISA HERRMANN

**ORDER**

IT IS SO ORDERED:

Dated: October 28, 2008

By: _____
*IT IS SO ORDERED AS MODIFIED*
Judge Elizabeth D. Laporte